# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | |
|---|---|
| Valerie Ware, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:23-cv-00186-TWP-MKK |
| vs. ) | |
| ) | Honorable Judge Tanya Walton Pratt |
| Sanofi US Services Inc. and ) | |
| Sanofi-Aventis U.S. LLC, ) | |
| ) | |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between VALERIE WARE and SANOFI U.S. SERVICES INC. AND SANOFI-AVENTIS U.S. LLC, through their respective counsel indicated below, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is hereby dismissed as to all Defendants with each party to bear its own costs, all matters of controversy having been settled..

**IT IS FURTHER STIPULATED** that said Dismissal shall be with prejudice and shall be a bar to the bringing of any action brought on or including a claim for which this action has been brought.

| | |
|---|---|
| Dated: October 7, 2024 | Respectfully submitted, |

 /s/ David B. Franco
David B. Franco, Esq.
FrancoLaw, PLLC
500 W. 2nd Street
Floor 19, Suite 138
Austin, TX 78701
Tel: (512) 714-2223
Fax: (504) 229-6730
Email: dfranco@dfrancolaw.com

And

John J. Morse
Morse & Bickel, P.C.
1411 Roosevelt Avenue, Suite 102
Indianapolis, IN 46201
Tel: (317) 686-1540
Email: morse@morsebickel.com

***Counsel for Valerie Ware***

 /s/ William F. Northrip
William F. Northrip (#6315988)
Jousef M. Shkoukani (#6339674)
SHOOK, HARDY & BACON, L.L.P.
111 S. Wacker Drive, Suite 4700
Chicago, IL 60606
Tel: (312) 704-7700
Fax: (312) 558-1195
wnorthrip@shb.com
jshkoukani@shb.com

Joel Thaddeus Larson, Jr.
Ladene Ivone Mendoza
BARNES & THORNBURG, LLP
11 South Meridian Street
Indianapolis, IN 46204
317-236-1313
Fax: 317-231-7433
Email: jtlarson@btlaw.com
Email: ladene.mendoza@btlaw.com

***Counsel for Sanofi US Services Inc. and sanofi-aventis U.S. LLC***