**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

Acknowledged
TWP
October 9, 2024

| | |
|---|---|
| Valerie Ware, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:23-cv-00186-TWP-MKK |
| vs. ) | |
| ) | Honorable Judge Tanya Walton Pratt |
| Sanofi US Services Inc. and ) | |
| Sanofi-Aventis U.S. LLC, ) | |
| ) | |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between VALERIE WARE and SANOFI U.S. SERVICES INC. AND SANOFI-AVENTIS U.S. LLC, through their respective counsel indicated below, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is hereby dismissed as to all Defendants with each party to bear its own costs, all matters of controversy having been settled..

**IT IS FURTHER STIPULATED** that said Dismissal shall be with prejudice and shall be a bar to the bringing of any action brought on or including a claim for which this action has been brought.